UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| ROBERT G. F. SHIELDS,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | No. CV-11-240-RHW<br><br>JUDGMENT IN A<br>CIVIL CASE |
|---|---|

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED: July 30, 2013

                                    SEAN F. McAVOY
                                    Clerk of Court

                            By: *s/Penny Lamb*
                                  Deputy Clerk